THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER MICHALOWSKI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY DLUGOLESKI, Appellant.

Submitted November 30, 1950; decided January 11, 1951.

*Benjamin J. Jacobson* and *Paul Kelly* for appellants.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.